7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jonathan Douglas Sower
*Debtor*

*Bankruptcy Case No.*
13–20076–drd7

**United States of America**
   Plaintiff(s)

*Adversary Case No.*
13–02032–drd

v.

**Jonathan Douglas Sower**
   Defendant(s)

## JUDGMENT

  This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: that the debt owed by the defendant to the plaintiff is non−dischargeable in the amount of $23,372.80.

  The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
   Deputy Clerk

Date of issuance: 2/27/14

Court to serve